FILED
August 23, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003720024

**3 PAGES**

Richard S. E. Johns, SBN 053024
Law Offices of Richard S. E. Johns
57 Post Street, Suite 604
San Francisco, California 94104
(415) 781-8494

Attorneys for Defendant Robert Pruett, Trustee of the SAS 2007 Trust, and Trustee of the CGS 2007 Trust

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California limited partnership, et al.,<br><br>Debtors.<br><br>BRADLEY D. SHARP, Trustee<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PRUETT, TRUSTEE OF THE SAS 2007 TRUST, AND TRUSTEE OF THE CGS 2007 TRUST<br><br>Defendant. | CASE NO. 09-29162-D-11<br><br>CHAPTER 11<br><br>ADVERSARY NO.: 11-2550-D<br><br>DCN. SH-12<br><br>ANSWER BY ROBERT PRUETT, TRUSTEE, TO COMPLAINT SEEKING PROCEEDS OF SALE AT 4000 WESTLAKE BOULEVARD, #14, HOME WOOD, CALIFORNIA 96141 FREE AND CLEAR OF ANY CLAIMS OR INTERESTS OF THE SALYER DAUGHTER'S TRUSTS<br><br>DEMAND FOR JURY TRIAL<br><br>Judge: Hon. Robert S. Bardwill |

Robert Pruett, Trustee of the CGS 2007 Trust and the SAS 2007 Trust (the "Trusts") answers the deemed adversary complaint as follows:

1. Admits that this court has jurisdiction over this matter and that venue is proper.

2. Because the plaintiff's motion was converted into and treated as an adversary complaint, Defendant Pruett does not have before him an actual complaint in which specific

Answer by Robert Pruett, Trustee                                                                                                     -1-

allegations are made, and therefore cannot respond to allegations paragraph by paragraph. Without knowledge of specific allegations, he is without information and belief of each allegation, and based upon lack of information and belief, denies all allegations.

3. If the Motion Authorizing Turnover Of Proceeds Of Sale Of Certain Real Property Located At 4000 Westlake Boulevard, #14, Homewood, California 96141 Free and Clear Of Any Claims Of Interests Of The Salyer Daughters' Trusts is taken to be the complaint, then Defendant Pruett based upon lack of information and belief, denies all allegations of the following paragraphs: 1, 3, 4, 5, 7, 10, and 14.

4. If the Motion Authorizing Turnover Of Proceeds Of Sale Of Certain Real Property Located At 4000 Westlake Boulevard, #14, Homewood, California 96141 Free and Clear Of Any Claims Of Interests Of The Salyer Daughters' Trusts is taken to be the complaint, then Defendant Pruett admits the allegations of the following paragraphs: 2, 6, 9, 11, 13, 15, and 16.

5. If the Motion Authorizing Turnover Of Proceeds Of Sale Of Certain Real Property Located At 4000 Westlake Boulevard, #14, Homewood, California 96141 Free and Clear Of Any Claims Of Interests Of The Salyer Daughters' Trusts is taken to be the complaint, then Defendant Pruett denies the allegations of paragraphs 8 and 12.

FIRST AFFIRMATIVE DEFENSE

As a First, separate and distinct affirmative defense, this answering Defendant alleges that Plaintiff's complaint fails to state facts sufficient to constitute any cause of action.

SECOND AFFIRMATIVE DEFENSE

As a Second, separate and distinct affirmative defense, this answering Defendant alleges that the relief sought by Plaintiff is not the real party in interest and therefore has no standing to assert the claims made.

THIRD AFFIRMATIVE DEFENSE

As a Third, separate and distinct affirmative defense, this answering Defendant alleges that the Bank of Montreal obtained the agreements and rights which are the basis of the rights asserted based upon unconscionable threats and duress, as a result of which they are void or voidable.

///

FOURTH AFFIRMATIVE DEFENSE

  As a Fourth, separate and distinct affirmative defense, this answering Defendant alleges that the settlement agreement upon which the plaintiff bases its claim to be entitled to distribute the proceeds free and clear of claims is no longer in effect, and therefore there is no right to the distribution requested.

  WHEREFORE, Defendant prays that the Trustee take nothing by its Complaint, for judgment in Defendant's favor, for an award of costs, and that the Court grant such other and further relief as is proper.

Defendant demands a jury trial.

DATED: August 22, 2011

            Respectfully submitted,
            Richard S. E. Johns
            Law Offices of Richard S. E. Johns
            57 Post Street, Suite 604
            San Francisco, California 94104
            (415) 781-8494


            /s/ Richard S. E. Johns
            Richard S. E. Johns
            Attorneys for Robert Pruett, Trustee

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I, Lauren Kawano, am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within entitled action. My business address is 57 Post Street, Suite 604, San Francisco, California 94104. |

1    PROOF OF SERVICE

2    I, Lauren Kawano, am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within entitled action. My business address is 57 Post Street, Suite 604, San Francisco, California 94104.

August 23, 2011, I served the within document(s) entitled:

- **ANSWER BY ROBERT PRUETT, TRUSTEE, TO COMPLAINT SEEKING PROCEEDS OF SALE AT 4000 WESTLAKE BOULEVARD, #14, HOME WOOD, CALIFORNIA 96141 FREE AND CLEAR OF ANY CLAIMS OR INTERESTS OF THE SALYER DAUGHTER'S TRUSTS**

on the parties in said action by delivering a true copy thereof as indicated below, addressed as follows:

Kenneth W. Coleman, Esq.
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501

U.S. Trustee Counsel
Judith C. Hotze
501 I Street #7-500
Sacramento, CA 95814

(X)    BY MAIL:    I placed such envelope(s) with postage thereon fully prepaid in the United States Mail.
(

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    August 23, 2011

_____
Lauren Kawano

Proof of Service